

Jermaine Gary
Register No. 15187-052
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

The Hon. Norman A. Mordue
United States District Court
100 South Clinton Street
7th Floor
Syracuse, NY 13261-6100

January 16, 2019

Re. United States of America v. Jermaine Gary
    Case No. 08-CR-671 (NAM)

Your Honor,

I hope this letter finds you well.

I was sentenced in your Court in the above-related matter on June 8, 2010. I am eligible for resentencing under the terms of First Step Act.

I would appreciate if the Court could assign a federal public defender to represent me in this matter. Please advise if there are further details you require to facilitate such an appointment.

I appreciate your prompt attention to this matter.

Respectfully,

*Jermaine Gary*

Jermaine Gary

JERMAINE GARY
REGISTER No. 15187-052
FEDERAL CORRECTIONAL INSTITUT
33½ PEMBROKE ROAD
DANBURY, CT 06811

15187-052
Clerk Of Court
U.S. District Court
100 S Clinton ST
7th Floor
Syracuse, NY 13202
United States

RECEIVED
U.S. DISTRICT COURT
JAN 22 2019

Legal Mail
1-17-2019

CERTIFIED MAIL
7015 0640 0006 1126 3293

FEDERAL CORRE... ...BURY
33 1/2 PEMBR... ...6811
DATE

1-18-19

THE ENCLOS...
SPECIAL MAIL...  ...SSED THROUGH
THE LETTER HAS ...  ...ORWARDING TO YOU.
IF THE WRITE... ...ENED FOR INSPECTED.
WHICH ... ...SION OR PROPER NOWER
MAY WISH TO RET... ...ALL... ...URTHER
INFORMA... ...OR ...RITER
ENCLOSE... ...ING
TO ANOTH...
THE ENCLOS...

6668528