Jermaine Gary
Register No. 15187-052
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

The Hon. Norman A. Mordue
United States District Court
100 South Clinton Street
7th Floor
Syracuse, NY 13261-6100

February 10, 2019

Re: United States of America v. Jermaine Gary
    Case No. 08-CR-671 (NAM)

Your Honor,

I hope this letter finds you well.

I was sentenced in your Court in the above-related matter on June 8, 2010. I am eligible for resentencing under the terms of First Step Act.

I was sentenced in 2010, forty days before the Fair Sentencing Act took effect. At my sentencing you indicated that if a future law made the changes to the mandatory minimums and the sentencing guidelines retroactive, I would be resentenced. Unfortunately, the Fair Sentencing Act did not make these changes retroactive, but the First Step Act did.

I would appreciate if the Court could assign a federal public defender to represent me in this matter. I wrote to Your Honor with this request on January 16, but have not yet heard back. Please advise if there are further details you require to facilitate such an appointment.

I appreciate your prompt attention to this matter.

Respectfully,

Jermaine Gary

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 13 2019
AT____O'CLOCK____
John M. Domurad, Clerk - Syracuse

```
                                                            10
                  US v. Gary - 08-CR-671


 1          THE DEFENDANT:  Appeal in like, appealing the
 2  sentence?
 3          THE COURT:  There's a waiver.  When you entered
 4  your plea of guilty, you waived your right to appeal anything
 5  in this case except the sentence, if I sentenced you to more
 6  than 262 months, then you would have a right to appeal
 7  whether I was correct in the sentence imposed.
 8          In this case today I just sentenced you to 62
 9  months less than that.
10          THE DEFENDANT:  You sentenced me to 200 months.
11          THE COURT:  200 months.
12          THE DEFENDANT:  Can I ask you a question, though?
13          THE COURT:  Yes.
14          THE DEFENDANT:  Say like that new law that's
15  supposed to be in legislation.
16          THE COURT:  If that comes down and it's retroactive
17  like last time, you'll get a resentence.  You're not waiving
18  that.
19          THE DEFENDANT:  Oh, okay, that's what I was
20  wondering.
21          THE COURT:  That would be --
22          THE DEFENDANT:  Then, I didn't --
23          THE COURT:  -- something -- you don't have to waive
24  that issue.
25          MR. KATKO:  Your Honor, I hate to complicate
```

```
                                                              11
              US v. Gary - 08-CR-671
```

1   matters but it may or may not be retroactive.  I'm not sure.
2           THE COURT:  We got to wait till it comes down.
3   Last time it was retroactive.  I don't know if it will be
4   this time.
5           MR. KATKO:  That's right.
6           THE COURT:  Because we resentenced every person
7   that we had, if you remember.
8           MR. KATKO:  Yes.
9           THE COURT:  In the Northern District of New York,
10  all the cases that had gone through.
11          Jermaine, I don't know if they're going to say it's
12  retroactive.
13          THE DEFENDANT:  All right.
14          MR. KINSELLA:  Yes, Judge, I don't believe there's
15  any basis for an appeal in this case.
16          THE COURT:  Okay.
17          MR. KINSELLA:  I want the record to reflect that.
18          THE COURT:  Thank you.  So at this time I'll remand
19  you to the custody of the United States Marshal in accordance
20  with the terms of this sentence.
21          I wish you well, Jermaine.
22          THE DEFENDANT:  Thank you.
23          THE CLERK:  Court stands adjourned.
24          (Proceedings were adjourned.)
25

