# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

_____

United States of America

    -vs.-                              Case No.  5:08-cr-671-008 (NAM)

JERMAINE GARY

_____

       Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1) and (c), and because of the need to efficiently process motions brought pursuant to the First Step Act of 2018, S. 756 (December 21, 2018),

       It is hereby **ORDERED** that:

       The Office of the Federal Public Defender for the Northern District of New York is appointed to represent the above-named defendant to determine whether defendant may qualify for relief pursuant to Title IV, Section 404 of the First Step Act of 2018, and shall file a notice of appearance with the Clerk of Court.

Dated: February 14, 2019
at Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge