IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 08-CR-0671-NAM |
| | ) | |
| **JERMAINE GARY,** | ) | |
| | ) | |
| *Defendant*. | ) | |

## NOTICE OF MOTION TO REDUCE SENTENCE

Party Seeking Relief: **JERMAINE GARY**

Motion: TO REDUCE SENTENCE AND TERM OF SUPERVISED RELEASE PURSUANT TO SECTION 404(b) OF THE FIRST STEP ACT AND RETROACTIVE APPLICATION OF FAIR SENTENCING ACT

Return Date, Time and Place: April 17, 2018, 9:30AM
Syracuse, New York

Relief Sought: Order Reducing Sentence to 140 months and reducing term of supervised release to 8 years.

Dated: March 26, 2019

Molly K. Corbett
Assistant Federal Public Defender
Federal Public Defender's Office
39 N. Pearl Street, 5th Floor
Albany, New York 12207
518-436-1850 x107
Molly_corbett@fd.org

To: U.S. District Court Clerk
Assistant U. S. Attorney
Steven Clymer, Esq.

CERTIFICATE OF SERVICE

On today's date I filed the attached notice of motion, memorandum of law, with exhibits using the CM/ECF filing system for the Northern District of New York and email. By so filing copies were served on the above copied parties.

Dated: March 26, 2019

                                                                  Molly K. Corbett
                                                                  Assistant Federal Public Defender