

| | **Summary Reentry Plan - Progress Report** | SEQUENCE: 00089577 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 02-20-2019 |
| | Plan is for inmate: GARY, JERMAINE  15187-052 | |



| | | |
|---|---|---|
| Facility: DAN DANBURY FCI | Custody Level: | IN |
| Name: GARY, JERMAINE | Security Level: | LOW |
| Register No.: 15187-052 | Proj. Rel Date: | 06-12-2023 |
| Quarters: F04-032L | Release Method: | GCT REL |
| Age: 39 | DNA Status: | BEN03053 / 12-03-2010 |
| Date of Birth: ▓▓▓ | | |

## Contact Information
**Release contact & address**
VALARIE GARY, MOTHER
719 PLANT STREET, UTICA, NY 13501 US
Phone (home) : 315-527-7914

## Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE AND COCAINE BASE, CT-1 | 200 MONTHS |

Date Sentence Computation Began:   06-08-2010
Sentencing District:   NEW YORK, NORTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 / 0 / 40 | 500 | Years: 10 Months: 3 Days: | +587  JC - 0  InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Program Plans

Inmate Gary arrived at FCI Danbury on 9-10-15 as a transfer. At his initial team, inmate Gary was recommended to quickly secure a job in the institution and begin saving money in the inmate pre-release savings account. He was encouraged to satisfy his court-imposed financial obligations through participation in the Inmate
Financial Responsibility Program and maintain clear conduct. Inmate Gary was recommended to complete all six core topics of the Release Preparation Program (RPP) prior to RRC placement. He was also encouraged to participate in Adult Continuing education and seek programs in recreation in education to fill his leisure time and non-working hours.

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | PM KIT | PM KITCHEN | 02-17-2019 |

**Work Assignment Summary**

Since arriving at Danbury, inmate Gary has remained steadily employed in the institutional kitchen, dining room and Culinary Arts program with Satisfactory performance appraisals from his immediate work supervisor.

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | ESL HAS | ENGLISH PROFICIENT | 12-29-2010 |
| DAN | GED HAS | COMPLETED GED OR HS DIPLOMA | 12-29-2010 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAN M | C | BAKER APPRENTICESHIP PROGRAM | 03-31-2018 | 09-01-2018 |
| DAN M | C | COOK APPRENTICE | 04-13-2016 | 10-02-2017 |
| DAN M | C | VT CULINARY ARTS PROGRAM | 12-01-2015 | 03-25-2016 |
| DAN M | C | CUL. DIN. ROOM ETIQUETTE | 03-15-2016 | 03-23-2016 |
| DAN M | C | BAKESHOP PROD/PRIN/INGREDIENT | 02-18-2016 | 03-15-2016 |
| DAN M | C | FOOD PRESENTATION AND GARNISH | 02-12-2016 | 02-18-2016 |
| DAN M | C | FOOD PREPARATION | 01-28-2016 | 02-12-2016 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GARY, JERMAINE  15187-052

SEQUENCE: 00089577
Report Date: 02-20-2019

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAN M | C | UNDERSTAND COOKING | 01-22-2016 | 01-28-2016 |
| DAN M | C | UNDERSTAND COOKING | 12-31-2015 | 01-22-2016 |
| DAN M | C | COOK TOOLS AND EQUIPMENT | 12-21-2015 | 12-31-2015 |
| DAN M | C | SANITATION/SAFETY/REC. & STORE | 12-14-2015 | 12-21-2015 |
| DAN M | C | CULINARY INTRO TO FOOD SERVICE | 12-07-2015 | 12-14-2015 |
| BEN | W | CULINARY ARTS M-F-12-3--RPP#6 | 12-31-2013 | 10-06-2014 |
| BEN | C | MICROSOFT WORD M-F 1-3P--RPP#6 | 12-09-2013 | 05-13-2014 |
| BEN | C | JOB FAIR INTERVIEW | 10-15-2013 | 11-08-2013 |
| BEN | C | JOB FAIR INFORMATION RPP 2,5,6 | 10-15-2013 | 11-08-2013 |
| BEN | C | EMPLOYABILITY SKILLS EM#2/PG#6 | 10-15-2013 | 11-08-2013 |
| BEN | C | BASIC TYPING M-F 8-9AM | 10-07-2013 | 11-22-2013 |
| BEN | C | AUTOMOTIVE TECH CHASSIS | 03-28-2013 | 09-27-2013 |
| BEN | C | FOOTBALL OFFICIALS CLINIC | 08-19-2013 | 08-27-2013 |
| BEN | C | CROCHET CLASS | 11-26-2012 | 01-26-2013 |
| BEN | C | APPRENTICESHIP IND CLEANING | 11-28-2011 | 09-21-2012 |
| BEN | C | FOOTBALL OFFICIALS CLINIC | 08-07-2012 | 08-24-2012 |
| BEN | C | UMPIRE TRAINING | 03-27-2012 | 05-02-2012 |
| BEN | C | LEISURE/ART SERIES/M-F/6-7P | 10-11-2011 | 12-20-2011 |
| BEN | C | BASKETBALL OFFICIALS CLINIC | 10-06-2011 | 10-23-2011 |
| BEN | C | NCCER GO GREEN MON-FRI 2-330 | 06-23-2011 | 09-28-2011 |
| BEN | C | WELDING TECHNOLOGY | 05-25-2011 | 09-29-2011 |
| BEN | C | FOOTBALL OFFICIALS CLINIC | 08-15-2011 | 09-08-2011 |
| BEN | C | LEISURE/ART SERIES/M-F/6-7P | 06-27-2011 | 08-13-2011 |
| BEN | C | NCCER CORE CERTIFICATION | 02-18-2011 | 05-26-2011 |
| BEN | C | LEISURE/ART SERIES/M-F/6-7P | 04-18-2011 | 05-15-2011 |
| BEN | C | BEGINING ABS CLASS | 01-19-2011 | 03-25-2011 |
| BEN | C | RPP 6 DRUG EDUCATION | 02-02-2011 | 03-17-2011 |

**Education Information Summary**

Inmate Gary has satisfied the minimum educational requirements of the BOP. In addition, he has successfully completed the above courses since arriving at Danbury.

**Discipline Reports**

| Hearing Date | Prohibited Acts |
|---|---|
| 09-28-2016 | 113 : POSSESSING DRUGS/ALCOHOL |

**Discipline Summary**

On 9-19-2016, inmate Gary was sanctioned b the DHO at Danbury for incident report code 113, Possessing Drugs or Alcohol. He was sanctioned to 45 days Disciplinary Segregation as a result of the guilty finding in the incident report.

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| DAN M | A-DES | OTHER AUTH ABSENCE RETURN | 12-30-2016 | CURRENT |
| DAN M | A-DES | OTHER AUTH ABSENCE RETURN | 12-02-2016 | 12-30-2016 |
| DAN M | A-DES | OTHER AUTH ABSENCE RETURN | 05-31-2016 | 12-02-2016 |
| DAN M | A-DES | TRANSFER RECEIVED | 09-10-2015 | 05-31-2016 |
| DAN RDAP M | A-DES | TRANSFER RECEIVED | 01-20-2015 | 09-10-2015 |
| DAN M | A-DES | TRANSFER RECEIVED | 06-24-2014 | 07-29-2014 |
| BEN | A-DES | US DISTRICT COURT COMMITMENT | 11-17-2010 | 06-12-2014 |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 06-29-2010 |
| CARE1-MH | CARE1-MENTAL HEALTH | 11-17-2010 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GARY, JERMAINE   15187-052

SEQUENCE: 00089577
Report Date: 02-20-2019

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 11-29-2019 |
| NO PAPER | NO PAPER MEDICAL RECORD | 11-22-2010 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-28-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 03-28-2017 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| NO ASSIGNMENTS | | |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP FAIL O | RESIDENT DRUG TRMT FAIL-OUTCOM | 10-19-2016 |
| ED COMP | DRUG EDUCATION COMPLETE | 03-17-2011 |
| FOL FAIL | FOLLOWUP SERVICES FAILURE | 10-19-2016 |
| INELIGIBLE | 18 USC 3621 RELEASE INELIGIBLE | 10-19-2016 |

### Physical and Mental Health Summary

Inmate Gary is a Care Level One inmate with no reported or apparent deficiencies to prevent him from continuing to work and seeking further educational opportunities.

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** **COMPLT**   **FINANC RESP-COMPLETED**   **Start: 03-18-2011**
Inmate Decision: **AGREED**   $50.00   Frequency: **QUARTERLY**
Payments past 6 months:   **$0.00**   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

** NO ADJUSTMENTS MADE IN LAST 6 MONTHS **

### Financial Responsibility Summary

Inmate Gary has satisfied his court imposed financial obligations. To date, he has not saved any money in the pre-release account as recommended by his Unit Team.

### Release Planning

Inmate Gary has proposed the above release address with his mother in Utica, NY.

### General Comments

** No notes entered **

```
USPB9            *         INMATE DISCIPLINE DATA        *      03-05-2019
PAGE 001 OF 001  *      CHRONOLOGICAL DISCIPLINARY RECORD *       13:37:41

REGISTER NO: 15187-052 NAME..: GARY, JERMAINE
FUNCTION...: PRT         FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-05-2019
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2897517 - SANCTIONED  INCIDENT DATE/TIME: 09-19-2016 1820
DHO HEARING DATE/TIME: 09-28-2016 1340        DHO REPT DEL: 09-29-2016 0850
FACL/CHAIRPERSON.....: DAN/FULGER
APPEAL CASE NUMBER(S): 887422
REPORT REMARKS.......: I/M ADMITTED TO THE CHARGES
     113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DDC
          DIS GCT      / 40 DAYS / CS
          COMP:010 LAW:P
          DS           / 45 DAYS / CS
          COMP:    LAW:
          LP COMM      / 90 DAYS / CS
          COMP:    LAW:
          LP EMAIL     / 90 DAYS / CS
          COMP:    LAW:




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```