# UNITED STATES DISTRICT COURT
for the
District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:08-CR-0671-9 (NAM) |
| Jermaine Gary | ) | USM No. 15187-052 |

**Order and Judgment for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court for a reduction in the term of imprisonment imposed based on the statutory penalties for which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the Fair Sentencing Act of 2010, to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 200 months **is reduced to** Time Served.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: 200 months          Amended Sentence: Time Served
Previous Supervised Release Term Imposed: 10 years     Amended Supervised Release Term: 8 years

**II. SENTENCE RELATIVE TO AMENDED TERMS:**
☑ The reduced sentence is within the terms of the Fair Sentencing Act of 2010.
☑ Conditions of release set forth in judgment are to remain in effect.
☐ Conditions of release set forth in judgment are to remain in effect, with the following modifications:

Except as provided above, all provisions of the judgment dated 06/10/2010 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: May 13, 2019

*Norman A. Mordue*
Senior U.S. District Judge