UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

Jermaine Gary

Case Number: 5:08CR00671-9

## ORDER TERMINATING SUPERVISED RELEASE

On 5/13/2019 the above named was placed on Supervised Release for a period of 8 years. Upon review of the defendant's application to the Court and a review of his case, the Court has determined that the defendant is no longer in need of supervision.

It is hereby ORDERED that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

_____
Honorable Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated:   May 11, 2023

At:   Syracuse, New York